# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

RED-D-ARC INC.,

      Plaintiff,

v.                                                                                                    Case No:   6:24-cv-1087-LHP

AMP 2 LLC and TONI ENGLERT,

      Defendants

## ORDER

Upon review of Plaintiff's Preliminary Response to Order to Show Cause Why Case Should Not Be Dismissed for Lack of Subject Matter Jurisdiction (Doc. No. 28), the August 28, 2024 Order to Show Cause (Doc. No. 23) is hereby **DISCHARGED**.  *See, e.g., Island Pipeline, LLC v. Sequoyah Ltd., LLC*, No. 3:08-cv-1133-J-32HTS, 2009 WL 413584, at *4 (M.D. Fla. Feb. 18, 2009) (finding statements in corporate disclosure statement sufficient to establish citizenship of members of LLC for purposes of diversity jurisdiction).

**DONE** and **ORDERED** in Orlando, Florida on September 5, 2024.

                                                      LESLIE HOFFMAN PRICE
                                                      UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties