#### UNITED STATES DISTRICT COURT
#### MIDDLE DISTRICT OF FLORIDA
#### ORLANDO DIVISION

RED-D-ARC INC.,

        Plaintiff,

v.                                                                                                   Case No:   6:24-cv-1087-LHP

AMP 2 LLC and TONI ENGLERT,

        Defendants

### ORDER

This cause comes before the Court on an Unopposed Motion to Dismiss Case Pursuant to Terms of Settlement Agreement.  Doc. No. 56.  On February 28, 2025, the Court dismissed this case with prejudice pursuant to the parties' notice of settlement, subject to the right of the parties to move the Court, within **sixty (60) days**, to enter a stipulated form of final order or judgment; or, on good cause shown, to reopen the case for further proceedings.  Doc. No. 53.  Now Plaintiff is asking, without opposition from Defendants, for the Court to enter a Proposed Order (Doc. No. 56-1) and retain jurisdiction to enforce the parties' Settlement Agreement (Doc. No. 56-2).

Upon consideration, the Court declines to adopt or enter the parties' Proposed Order (Doc. No. 56-1), given the language contained therein.

Nonetheless, the Court finds the request to retain jurisdiction to enforce the Settlement Agreement well taken.  Accordingly, the Motion (Doc. No. 56) is **GRANTED in part**, in that the Court's February 28, 2025 Order (Doc. No. 53) is modified to the extent that the Court **RETAINS jurisdiction** to enforce the parties' Settlement Agreement (Doc. No. 56-2).   Plaintiff's Motion (Doc. No. 56) is **DENIED in all other respects.**

      **DONE** and **ORDERED** in Orlando, Florida on March 24, 2025.

*[Signature]*

LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties